# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 11-43324 |
| | ) | Chapter 13 |
| Harold and Karen Lindgren | ) | |
| | ) | |
| | ) | Notice of Filing |
| Debtor | ) | Motion to Increase Plan Base |
| | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE**, that a Motion to Increase the Plan Base has been filed with the United States Bankruptcy Court for the Eastern District of Missouri on May 4, 2012.

/s/ MaryAnn G. Kier
MaryAnn G. Kier, 59899MO
PK Law, PC
8917 Gravois Rd.
St. Louis, MO 63123
(314) 827-4027
(314) 222-0619 FAX
mgk@pklawonline.com

## Certificate of Service

The undersigned certifies that a copy of Debtor's Motion to Increase Plan Base was served by regular mail or through the court's ECF system to the parties below on May 4, 2012.

/s/ MaryAnn G. Kier
MaryAnn G. Kier


SERVED TO:

John V. LaBarge, Chapter 13 Trustee
PO Box 430908
St. Louis MO 63143 (electronic)

Harold and Karen Lindgren
2114 AYRSHIRE COURT
Imperial MO 63052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 11-43324 |
| | ) | Chapter 13 |
| Harold and Karen Lindgren | ) | |
| | ) | |
| | ) | Notice of Filing |
| Debtor | ) | Motion to Increase Plan Base |
| | ) | |

## MOTION TO INCREASE PLAN BASE

**COMES NOW,** the Debtor, and presents this Motion to Convert his case, and states:

1. Debtors filed for relief under Chapter 13 of the bankruptcy code on April 6, 2011.
2. Debtors have recently paid in an amount that will pay off all creditors who have filed claims.
3. In order to pay out all of the funds the trustee has on hand, he must have an order increasing the plan base to $9785.01.

**WHEREFORE,** Debtor respectively prays that this court enter an order increasing the plan base to $9785.01.

/s/ MaryAnn G. Kier
MaryAnn G. Kier, 59899MO
PK Law, PC
8917 Gravois Rd.
St. Louis, MO 63123
(314) 827-4027
(314) 222-0619 FAX
mgk@pklawonline.com