UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In Re: | ) | Case No. 11-43324-399 |
| | ) | Chapter 13 |
| Harold and Karen Lindgren | ) | |
| | ) | **Mtn. 29** |
| | ) | |
| Debtor | ) | |
| | ) | |

### AGREED ORDER INCREASING PLAN BASE

Upon Debtors' Motion to Increase Plan Base, and with the trustee's consent,

**IT IS HEREBY ORDERED** that the Debtors' plan base is increased to $9785.01.

DATED: May 11, 2012
St. Louis, Missouri
lat

_____
Barry S. Schermer
Chief United States Bankruptcy Judge

Prepared by:

/s/ MaryAnn G. Kier
MaryAnn G. Kier, # 59899MO
PK Law
8917 Gravois Rd.
St. Louis, MO 63123
(314) 827-4027 Fax (314) 222-0619
mgk@pklawonline.com

Consented to by:

/s/ Diana Daugherty
Diana Daugherty
Attorney for John V. LaBarge, Jr.
P. O. Box 430908
St. Louis, MO 63143

**SERVICE LIST**

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Harold and Karen Lindgren
2114 AYRSHIRE COURT
IMPERIAL MO 63052

MaryAnn G. Kier, Attorney for Debtor
8917 Gravois Rd
St. Louis MO 63123